■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT McLAURIN, Appellant.—On remittur from the Court of Appeals, judgment, Supreme Court, New York County, rendered on December 16, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Lupiano and Birns, JJ.